In the Matter of the Claim of MILLIE DE FILIPPIS, against CHARLES FALKENBERG et al., Respondents.

STATE INDUSTRIAL COMMISSION, Appellant.

*Mater of De Filippis* v. *Falkenberg*, 170 App. Div. 153, affirmed.
(Argued October 10, 1916; decided October 24, 1916.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered

September 14, 1915, which reversed an award of the state workmen's compensation commission. The claimant while in the employ of defendant Falkenberg went to the toilet, and being struck on the arm by something looked through a crack to see where the article had come from, when a girl in the adjoining toilet thrust scissors through the crack into her eye, causing a loss of the use of the eye. The question was whether the injury arose out of and in the course of the employment.

*Egburt E. Woodbury*, Attorney-General (*E. C. Aiken* of counsel), for appellant.

*Otto D. Parker* and *Henry Siegrist* for respondents.

Order affirmed, with costs against the state industrial commission; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, CUDDEBACK, HOGAN and CARDOZO, JJ.